

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frederick Stocco; Kathleen Stocco; GIA Florence SRL | Civil Action No.   12cv1291-WQH-DHB |
| **Plaintiff,** | |
| V. | |
| Gemological Institute of America, Inc.; Does 1 through 100 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

AND RELATED COUNTERCLAIMS

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant Gemological Institute of America, Inc.'s motion for summary judgment on GIA Florence SRL's (GIA Italy) breach of contract claim is granted on the following grounds: (1) GIA Italy was not an intended beneficiary of the Firgem Agreement; (2) GIA Italy was expressly precluded from opening a gem grading lab or performing GIA gem grading services at the time of the alleged breach by the 2009 Licensing Agreement; and (3) GIA Italy has failed to demonstrate it was damaged as a result of a breach of contract because it has failed to raise a triable issue of fact that a breach of contract occurred. The Court declines to exercise supplemental jurisdiction over Defendant Gemological Institute of America, Inc.'s state-law counterclaims.

| | |
|---|---|
| Date:    2/19/15 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ M. Cruz<br>M. Cruz, Deputy |