

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frederick Stocco; Kathleen Stocco; GIA Florence SRL<br><br>                                                                Plaintiff,<br><br>V.<br><br>Gemological Institute of America, Inc; Does 1 through 100<br><br>                                                                Defendant,<br><br>AND ALL RELATED COUNTERCLAIMS | Civil Action No.  12cv1291-WQH-DHB<br><br>**AMENDED**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant Gemological Institute of America's ("GIA") Motion for Summary Judgment is granted.

Defendant's motion for summary judgment on Frederick Stocco's and Kathleen Stocco's ("the Stoccos") negligence claim is granted on the following grounds: (1) the negligence claim is barred by the applicable statute of limitations; (2) the Stoccos have failed to establish that Defendant owed them a duty to file a certificate of coverage or make contributions to their U.S. Social Security accounts after April of 1992; and (3) the Stoccos have failed to raise a triable issue of fact as to any damages resulting from Defendant GIA's failure to file a certificate of coverage and failure to make contributions to the Stoccos' U.S. Social Security accounts after April 1992.

Defendant's motion for summary judgment on the Stoccos' fraudulent misrepresentation claim is granted on the following grounds: (1) the Stoccos' fraudulent misrepresentation claim is barred by the applicable statute of limitations; (2) the Stoccos have failed to raise a triable issue of fact as to Defendant GIA's intent to defraud them; and (3) the Stoccos have failed to create a triable issue of fact as to their damages resulting from Defendant GIA's alleged fraud.

Defendant's motion for summary judgment on GIA Florence SRL's ("GIA Italy") breach of contract claim is granted on the following grounds: (1) GIA Italy was not an intended beneficiary of the Firgem Agreement; (2) GIA Italy was expressly precluded from opening a gem grading lab or performing GIA gem grading services at the time of the alleged breach by the 2009 Licensing Agreement; and (3) GIA Italy has failed to demonstrate it was damaged as a result of a breach of contract because it has failed to raise a triable issue of fact that a breach of contract occurred.

The Court declines to exercise supplemental jurisdiction over Defendant Gemological Institute of America, Inc.'s state-law counterclaims.

Date:   2/25/2015

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Cruz
                                                                M. Cruz, Deputy